UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :

VICTORIANO TAVAREZ, *individually and on behalf of* :
*all others similarly situated*,                        :
                                                     :         21-CV-9792 (JMF)
                      Plaintiff,               :
                                                     :         <u>ORDER SCHEDULING</u>
              -v-                            :         <u>DEFAULT JUDGMENT</u>
                                                     :         <u>BRIEFING AND SHOW</u>
BEAUNIQ LLC,                                 :            <u>CAUSE HEARING</u>
                                                     :
                    Defendant.               :
                                                     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On November 23, 2021, Plaintiff filed its Complaint with the Court. *See* ECF No. 1. Defendant was served with the Complaint on January 6, 2022, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has neither answered the Complaint, nor otherwise appeared in this action. In light of the foregoing, it is hereby ORDERED that any motion for default judgment shall be filed, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), no later than **February 16, 2022**. Defendant shall file any opposition to the motion for default judgment no later than **February 23, 2022**. Defendant is cautioned that a limited liability company may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where a limited liability company "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

        If a motion for default judgment is filed, it is further ORDERED that Defendants appear and show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **March 1, 2022**, at **2:30 p.m.**, why an order should not be issued granting a default judgment against Defendant. No later than Thursday the week prior to that date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

        In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference. That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including Defendant — shall follow the pre-conference procedures specified in the Court's Order of November 24, 2021, including by submitting a joint letter addressing certain topics no later than the Thursday prior to the conference. *See* ECF 5.

        It is further ORDERED that Plaintiff serve Defendant via overnight courier (1) with a copy of this Order within **one business day of the date of this Order**; and (2) with a copy of the

motion for default judgment and all supporting papers within **one business day** of the date of any such motion.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge